# EXHIBIT I

# Evidence of Use Regarding Infringement of U.S. Patent No. 10,469,980

| CLAIM | | Evidence: Walgreens Mobile App |
|---|---|---|
| 1 | A system for displaying location-based content on a digital map displayed on a mobile device, comprising: | As detailed below, based on analyses of publicly available information, the Accused Products comprise a system displaying location-based content on a digital map displayed on a mobile device (such as a smartphone, tablet, *etc.*).<br><br>For example, Defendant Walgreens Co. ("Walgreens" or "Defendant") uses its Walgreens Mobile App ("Walgreens Mobile App") as employed on mobile devices, tablets, *etc.*, for testing and for employees to assist customers and to maneuver between stores, and Defendant also provides the Walgreens Mobile App to its customers through the App Store and Google Play Store.<br><br>Defendant has induced end-users, including, but not limited to, its customers, employees, partners, or contractors, to directly infringe, either literally or under the doctrine of equivalents, this claim (and any asserted dependent claims) by providing or requiring use of the Accused Products.  Defendant took active steps, directly or through contractual relationships with others, with the specific intent to cause them to use the Accused Products in a manner that infringes this claim (and any asserted dependent claims).  Such steps by Defendant included, among other things, advising or directing personnel, contractors, or end-users to use the Accused Products in an infringing manner; advertising and promoting the use of the Accused Products in an infringing manner; or distributing instructions that guide users to use the Accused Products in an infringing manner.  Defendant is performing these steps, which constitute induced infringement with the knowledge of this claim (and any asserted dependent claims) and with the knowledge that the induced acts constitute infringement.  Defendant is aware that the normal and customary use of the Accused Products by others would infringe this claim (and any asserted dependent claims).  Defendant's inducement is ongoing.<br><br>Defendant has also indirectly infringed by contributing to the infringement of this claim (and any asserted dependent claims).  Defendant has contributed to the direct infringement of this claim (and any asserted dependent claims) by its personnel, contractors, and customers.  The Accused Products have special features that are specially designed to be used in an infringing way and that have no substantial uses other than ones that infringe this claim (and any asserted dependent claims).  The special features include, for example, allowing Defendant's customers using a mobile device to identify its locations, provide mapping data to an identified location, and display that data.  The special features constitute a material part of the invention of this claim (and any asserted dependent claims) and are not staple articles of commerce suitable for substantial non-infringing use.  Defendant's contributory infringement is ongoing. |

**Evidence of Use Regarding Infringement of U.S. Patent No. 10,469,980**

| CLAIM | Evidence: Walgreens Mobile App |
|---|---|
| |  Source: APP STORE |

# Evidence of Use Regarding Infringement of U.S. Patent No. 10,469,980

| CLAIM | Evidence: Walgreens Mobile App |
|---|---|



Source: GOOGLE PLAY STORE

| | | |
|---|---|---|
| 1(a) | a memory of a mobile device storing a first | As detailed below, based on analyses of publicly available information, the Accused Products comprise a system with a memory of a mobile device storing a first non-browser application.<br><br>For example, Defendant makes, uses, sells, and/or offers to sell (and induces and contributes to the same of others) a memory of a mobile device storing a first non-browser application (*e.g.*, Walgreens Mobile App). |

Case 2:26-cv-00418   Document 1-9   Filed 05/19/26   Page 5 of 14 PageID #: 182

| CLAIM | | Evidence: Walgreens Mobile App |
|---|---|---|
| | non-browser application; | <br><br>Source: Screenshot of the Walgreens Mobile App. |
| 1(b) | a processor of the mobile device executing the first non-browser application; | As detailed below, based on analyses of publicly available information, the Accused Products provide a processor of the mobile device executing the first non-browser application.<br><br>For example, Defendant makes, uses, sells, and/or offers to sell (and induces and contributes to the same of others) a processor of the mobile device (*e.g.,* smartphone, tablet, etc.) that executes the first non-browser application (*e.g.,* Walgreens Mobile App). |

**Evidence of Use Regarding Infringement of U.S. Patent No. 10,469,980**

| CLAIM | | Evidence: Walgreens Mobile App |
|---|---|---|
| | | <br><br>Source: Screenshots of the Walgreens Mobile App. |
| 1(c) | a touch screen of the mobile device displaying a user interface of the first non-browser application; | As detailed below, based on analyses of publicly available information, the Accused Products provide a touch screen of the mobile device displaying a user interface of the first non-browser application.<br><br>For example, Defendant makes, uses, sells, and/or offers to sell (and induces and contributes to the same of others) a touch screen (*e.g.,* all modern mobile devices have touch screens) of the mobile device displaying a user interface of the first non-browser application (*e.g.,* Walgreens Mobile App). |

**Evidence of Use Regarding Infringement of U.S. Patent No. 10,469,980**

| CLAIM | | Evidence: Walgreens Mobile App |
|---|---|---|
| | | Source: Screenshots of the Walgreens Mobile App. |
| 1(d) | a GPS device of the mobile device determining a location of the mobile device, and | As detailed below, based on analyses of publicly available information, the Accused Products provide a GPS device of the mobile device determining a location of the mobile device. <br><br> For example, Defendant makes, uses, sells, and/or offers to sell (and induces and contributes to the same of others) a GPS device of the mobile device determining a location of the mobile device (*e.g.*, using the  "location services" feature and/or the "Use Your Location" feature). |

Case 2:26-cv-00418   Document 1-9   Filed 05/19/26   Page 8 of 14 PageID #: 185

| CLAIM | Evidence: Walgreens Mobile App |
|---|---|
| | <br><br>Source: Screenshots of the Walgreens Mobile App. |
| 1(e) a mapping component of the first non-browser application configured to communicate with an online mapping service to download | As detailed below, based on analyses of publicly available information, the Accused Products provide a mapping component of the first non-browser application configured to communicate with an online mapping service to download map data and display a map within the user interface of the first non-browser application.<br><br>For example, Defendant makes, uses, sells, and/or offers to sell (and induces and contributes to the same of others) a mapping component (*e.g.*, code) of the first non-browser application (*e.g.*, Walgreens Mobile App) configured to communicate with an online mapping service (*e.g.*, a map server) to download map data and display a map within the user interface of the first non-browser application. |

| CLAIM | | Evidence: Walgreens Mobile App |
|---|---|---|
| | map data and display a map within the user interface of the first non-browser application, and | <br><br>Source: Screenshots of the Walgreens Mobile App. |
| 1(f) | wherein the mapping component transmits a query including the location of the mobile device to the online mapping service, and wherein the | As detailed below, based on analyses of publicly available information, the Accused Products provide a mapping component wherein the mapping component transmits a query including the location of the mobile device to the online mapping service and wherein the map data is based on the location of the mobile device.<br><br>For example, Defendant makes, uses, sells, and/or offers to sell (and induces and contributes to the same of others) the system wherein the mapping component (*e.g.,* code) transmits a query including the location (see below) of the mobile device to the online mapping service (*e.g.*, a map server) to, *e.g.*, identify the closest Walgreens stores to the Location, and wherein the map data is based on the location of the mobile device. |

Case 2:26-cv-00418    Document 1-9    Filed 05/19/26    Page 10 of 14 PageID #: 187

| CLAIM | Evidence: Walgreens Mobile App |
|---|---|
| map data is based on the location of the mobile device; | <br><br>Source: Screenshots of the Walgreens Mobile App. |
| 1(g) | wherein the memory stores a second non-browser application that is a mapping application, and | As detailed below, based on analyses of publicly available information, the Accused Products provide a mapping component wherein the memory stores a second non-browser application that is a mapping application.<br><br>For example, Defendant makes, uses, sells, and/or offers to sell (and induces and contributes to the same of others) the system wherein the memory stores a second non-browser application that is a mapping application (*e.g.*, integrated/interfacing with Google Maps and/or Google Maps application and/or service and/or Apple Maps application and/or service). |

# Evidence of Use Regarding Infringement of U.S. Patent No. 10,469,980

| CLAIM | Evidence: Walgreens Mobile App |
|---|---|
| | <br><br>Source: Screenshots of the Walgreens Mobile App and Google Maps. |
| 1(h)    wherein the mapping component invokes the mapping application and directs the mapping application to transmit a query including the | As detailed below, based on analyses of publicly available information, the Accused Products provide a mapping component wherein the mapping component invokes the mapping application and directs the mapping application to transmit a query including the location of the mobile device and a destination location to the online mapping service to obtain driving directions from the location of the mobile device to the destination location.<br><br>For example, Defendant makes, uses, sells, and/or offers to sell (and induces and contributes to the same of others) the system wherein the mapping component (*e.g.,* code) invokes the mapping application and directs the mapping application to transmit a query including the location of the mobile device and a destination location (*e.g.,* selected Walgreens store) to the online mapping service to obtain driving directions from the location of the mobile device to the destination location. |

# Evidence of Use Regarding Infringement of U.S. Patent No. 10,469,980

Case 2:26-cv-00418    Document 1-9    Filed 05/19/26    Page 12 of 14 PageID #: 189

| CLAIM | Evidence: Walgreens Mobile App |
|---|---|
| location of the mobile device and a destination location to the online mapping service to obtain driving directions from the location of the mobile device to the destination location, and | <br><br> Source: Screenshots of the Walgreens Mobile App and Google Maps. |

**Evidence of Use Regarding Infringement of U.S. Patent No. 10,469,980**

| | CLAIM | Evidence: Walgreens Mobile App |
|---|---|---|
| 1(i) | wherein the driving directions are displayed in a map displayed by the mapping application on the touch screen. | As detailed below, based on analyses of publicly available information, the Accused Products provide a mapping component wherein the driving directions are displayed in a map displayed by the mapping application on the touch screen. <br><br> For example, Defendant makes, uses, sells, and/or offers to sell (and induces and contributes to the same of others) the system wherein the driving directions are displayed in a map displayed by the mapping application (*e.g.*, integrated/interfacing with Google Maps and/or Google Maps application and/or service and/or or Apple Maps application and/or service) on the touch screen. |

**Evidence of Use Regarding Infringement of U.S. Patent No. 10,469,980**

| CLAIM | Evidence: Walgreens Mobile App |
|---|---|
| |  Source: Screenshots of the Walgreens Mobile App and Google Maps. |

Page |13